Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

| | |
|---|---|
| MIRANDA TSAI | 8308-0 |
| CONNIE CHOW | 8556-0 |
| GARY P. QUIMING | 8822-0 |

Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: mtsai@awlaw.com; cchow@awlaw.com
gquiming@awlaw.com

Attorneys for Secured Creditor
FORD MOTOR CREDIT COMPANY LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ALLAN JOSEPH MENDES,<br><br>　　　　Debtor. | CASE NO. 10-01127<br>(Chapter 12)<br><br>DATE: June 24, 2010<br>TIME: 9:30 a.m.<br>JUDGE: The Honorable Robert J. Faris |

**STIPULATED ORDER REGARDING ADEQUATE PROTECTION PAYMENTS UNDER SECTION 1205 OF THE BANKRUPTCY CODE**

This Stipulated Order Regarding Adequate Protection Payments under Section 1205 of the Bankruptcy Code is made with reference to the facts described below.

A. On April 16, 2010, Debtor Allan Joseph Mendes ("Debtor") filed his Chapter 12 petition commencing the proceedings herein.

B. On or about September 5, 2006, Secured Creditor Ford Motor Credit Company LLC ("Ford") and Debtor entered into a Credit Sale Contract - Motor Vehicle ("Contract") for the financing and purchase of a 2006 Ford F150, VIN No. 1FTPW14526KD15887 ("Secured Automobile"). Pursuant to the Contract, Debtor granted a security interest in the Secured Automobile to Ford. Debtor is the registered owner of the Secured Automobile and Ford is listed as lienholder.

C. According to the Contract, payments are to be made by Debtor to Ford on the twentieth (20th) day of each month, beginning on October 20, 2006, for a total of seventy-two (72) payments. The amount of the monthly payments is $530.24. Pursuant to a series of requests by Debtor, the Contract was extended on several occasions, such that the final installment due date is now April 20, 2013.

D. Pursuant to the Contract, Debtor indicated that the purchase of the Secured Vehicle was for "personal, family or household" use. Debtor included the Secured Vehicle under his filed "Schedule B – Personal Property," but may also be using the Secured Vehicle for farming activities, as Debtor listed the Secured Vehicle under Schedule B along with remarks in parentheses referencing the location of the property as "Mendes Ranch & Trail Rides, Inc." In Schedule I,

U.S. Bankruptcy Court - Hawaii   #10-01127   Dkt # 24   Filed 06/15/10   Page 2 of 4

Debtor listed himself as the owner and manager of Mendes Ranch & Trail Rides, Inc.

E. At the time of Ford's filing of its *Motion for Adequate Protection Payments under Section 1205 of the Bankruptcy Code* with the Secured Automobile, Debtor had not submitted a proposed Chapter 12 plan.

F. As of May 10, 2010, Debtor's account with Ford is current.

By mutual agreement, and upon order of this Court, Ford and Debtor stipulate as follows:

1. Debtor shall continue making the regularly scheduled monthly payments of $530.24 to Ford for the Secured Automobile beginning May 20, 2010 and thereafter continue to timely make each monthly payment on the twentieth (20th) day of each month until the Contract is paid in full.

2. If Debtor's proposed Chapter 12 plan proposes payment of Ford's claim through the plan, then the Chapter 12 Trustee shall make the monthly adequate protection payments to Ford as detailed in paragraphs 1, 3 and 4.

3. Debtor or the Trustee shall remit payments to Ford at P.O. Box 7172, Account # [*Debtor's complete account number*], Pasadena, CA 91109-7172.

U.S. Bankruptcy Court - Hawaii   #10-01127   Dkt # 24   Filed  06/15/10   Page 3 of 4

4. Debtor or the Trustee shall indicate the account number on each payment to Ford to receive proper credit for each payment.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: June 15, 2010

STIPULATED AND SO AGREED
AS TO THE ABOVE:

_____
DAVID W. CAIN, ESQ.

and

_____
JERROLD K. GUBEN, ESQ.
Attorneys for Debtor

_____
GARY P QUIMING, ESQ.
Attorney for Ford Motor Credit Company LLC

_____
HOWARD M. S. HU
Trustee

---
In re Allan Joseph Mendes; Case No. 10-01127 (Chapter 12); U.S. Bankruptcy Court, D. Haw., *Stipulated Order Regarding Adequate Protection Payments under Section 1205 of the Bankruptcy Code*

812265.01